# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2021 KW 1414

VERSUS

EDWARD CHRISTOPHER WARREN                        **JANUARY 31, 2022**

---

In Re:    Edward Christopher Warren, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 613,214.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** Although the Clerk of Court of St. Tammany Parish has advised this court that relator's application for postconviction relief was denied on November 17, 2021, upon inquiry by this court, a copy of that ruling was not provided. Therefore, the Clerk of Court is ordered to provide this court with a copy of the November 17, 2021 ruling on or before February 7, 2022.

                        **JMM**
                        **WIL**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT